**INTERNATIONAL HARVESTER COMPA-NY, Inc., Appellant, v. Lawrence AN-STAETT, Appellee.**

No. 8890.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1942.

Matthews & Matthews, of Cincinnati, Ohio, for appellant.

Ballard & Dresbach, of Columbus, Ohio, for appellee.

Before HICKS, HAMILTON, and Mc-ALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, the briefs and arguments of counsel; and it appearing that there is no reversible error upon the record, it is therefore ordered, adjudged and decreed that the order entered December 28, 1940, from which this appeal was taken, be and the same is in all things affirmed.

**KREY PACKING COMPANY, a Corporation, Appellant, v. Fred J. LAUCHLI, Trustee of J. H. Belz Provision Company, et al.**

No. 12196.

Circuit Court of Appeals, Eighth Circuit.

Jan. 5, 1942.

Joseph N. Hassett, of St. Louis, Mo., for appellant.

Harry S. Gleick and Clyde W. Wagner, both of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant but without taxation of attorneys' docket fee in favor of appellees, pursuant to stipulation of parties.

No. 519, Original.

Circuit Court of Appeals, Eighth Circuit.

Feb. 23, 1942.

**Maud H. MACKIE, Individually, etc., Appellant, v. Donald M. MACKIE, Individually, etc., Appellee.**

No. 8886.

Circuit Court of Appeals, Sixth Circuit.

Feb. 6, 1942.

Lucking, Van Auken & Sprague, of Detroit, Mich., for appellant.

Bisbee, McKone, Badgley & Kendall, of Jackson, Mich., for appellee.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record, the briefs, and the oral arguments of counsel.

And no reversible error appearing in the record, it is ordered that the decree herein be and it hereby is affirmed for the reasons stated in the findings of fact, conclusions of law, and written opinion of the District Court.